PFE/JGC March 2023
GJ#12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# **SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| DARREN TYRONE BROOKS | ) | |

## **INDICTMENT**

**COUNT ONE:**  [18 U.S.C. §§ 922(o), 924(a)(2)]

The Grand Jury charges that:

On or about the 29th day of January 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**DARREN TYRONE BROOKS**,

did knowingly possess a machinegun, that is, a Glock 9mm pistol with a Glock conversion device with a selector switch attached to the slide of the firearm, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

**COUNT TWO:**  [26 U.S.C. §§ 5841, 5861(d)]

The Grand Jury further charges that:

On or about the 29th day of January 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**DARREN TYRONE BROOKS**,

did knowingly possess a machinegun, that is, a Glock 9mm pistol with a Glock conversion device with a selector switch attached to the slide of the firearm, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841 and 5861(d).

**COUNT THREE:**  **[26 U.S.C. § 5861(i)]**

The Grand Jury further charges that:

On or about the 29th day of January 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**DARREN TYRONE BROOKS**,

did knowingly possess a machinegun, that is, a Glock 9mm pistol with a Glock conversion device with a selector switch attached to the slide of the firearm, not identified by a serial number, in violation of Title 26, United States Code, Sections

5861(i) and 5871.

A TRUE BILL

*/s/Electronic Signature*

FOREPERSON OF THE GRAND JURY

                                                               PRIM F. ESCALONA
                                                               United States Attorney

                                                               */s/Electronic Signature*

                                                               JOHN G. CAMP
                                                               Assistant United States Attorney