IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Case No: 2:23-CR-68-RDP-GMB |
| | ) | |
| DARREN TYRONE BROOKS | ) | |

## MR. BROOKS'S SENTENCING MEMORANDUM

Darren Tyrone Brooks is scheduled to be before the Court on October 5, 2023, for sentencing on one count of possession of a machine gun of 18 U.S.C. § 922(o). Mr. Brooks asks this Court to sentence him to 21 months' imprisonment, the low end of the Sentencing Guidelines range.

Mr. Brooks was raised primarily by his grandmother. His mother dealt with substance-abuse issues, and his father was not involved in his life growing up. He described his childhood as "rough" and said that without his parents around he had to "learn things the hard way." He explained that while he and his grandmother lived in the country, life was good, but when they moved to a neighborhood in Marion, Alabama, they were residing across the street from an apartment complex that "was not good." Today, Mr. Brooks's main source of family support is his aunt, Tara Lee. He confides in her and receives her comfort and counsel in managing his current situation.

Mr. Brooks dropped out of school in the ninth grade to attend Job Corps but found it to be "too fast for [him]." He has taken a few GED classes but has yet to obtain a diploma. Mr. Brooks would benefit greatly from having his GED, and he asks the Court to recommend he participate in the GED program while incarcerated. Mr. Brooks would also like to participate in vocational training, possibly in the area of landscaping.

1

Finally, Mr. Brooks has accepted, and does accept, responsibility for the conduct to which he pleaded guilty. He timely notified the Government of his intent to plead guilty, thereby avoiding the time and expense associated with preparing for trial. Mr. Brooks acknowledges both the gravity of his decision and the seriousness of his offense.

Mr. Brooks asks the Court to impose a low-end guideline sentence of incarceration, 21 months, as to Count One believing that sentence to be sufficient but not greater than necessary to serve the purposes of sentencing prescribed in 18 U.S.C. § 3553(a). Mr. Brooks also requests the sentence be ordered to run concurrent with any yet-to-be-imposed sentences in Perry County, Alabama case numbers CC-23-50 and CC-23-55, and Shelby County, Alabama case number CC-23-302.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/ Kevin R. Roberts**
KEVIN R. ROBERTS
Assistant Federal Public Defender
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
Kevin_Roberts@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, I electronically filed the foregoing with the Clerk of the Court via this Court's CM/ECF system, which will provide notification of such filing to all parties and counsel of record.

Respectfully submitted,

**/s/ Kevin R. Roberts**
KEVIN R. ROBERTS